U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>REBECCA HOCKEMEYER<br>v.<br>RABSA, INC. d/b/a AL'S #1 ITALIAN BEEF and<br>ANTHONY DEGEATANO, Individually | Case Number:<br>FILED: AUG 01, 2008<br>08CV4377<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE DENLOW<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, REBECCA HOCKEMEYER

| |
|---|
| NAME (Type or print)<br>James B. Zouras |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James B. Zouras |
| FIRM<br>STEPHAN ZOURAS, LLP |
| STREET ADDRESS<br>205 N. Michigan Ave, Suite 2560 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230596 | TELEPHONE NUMBER<br>312-233-1550 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |