U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
REBECCA HOCKEMEYER
v.
RABSA, INC. d/b/a AL'S #1 ITALIAN BEEF and
ANTHONY DEGEATANO, Individually

Case Number:
FILED: AUG 01, 2008
08CV4377
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, REBECCA HOCKEMEYER

| | |
|---|---|
| NAME (Type or print) <br> Ryan F. Stephan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ryan F. Stephan | |
| FIRM <br> STEPHAN ZOURAS, LLP | |
| STREET ADDRESS <br> 205 N. Michigan Ave, Suite 2560 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6273101 | TELEPHONE NUMBER <br> 312-233-1550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |