```
TYPE SUM          SHERIFF'S OFFICE OF DUPAGE COUNTY, IL        DEPUTY 443

DOCKET #: 32008-220-083857       CASE #: 08CV4377   -001    ORIGIN NUMBER: 999
DATE FILED 08/01/08  DATE RECEIVED 08/07/08  SUSPENDS 09/01/08  # OF WORKSHEETS: 001

DEFENDANT RABSA, INC. DBA AL'S #1 ITALIAN BEEF C/O REG. AGT. JOHN L ZAVISLAK

              HOME ADDRESS                      WORK ADDRESS
          1 S 280 SUMMIT CT
          #C-2
          OAKBROOK TERRACE                                            OPERATOR ID
          IL                                                                716

PLAINTIFF HOCKEMEYER, REBECCA
  SERVICE
    INFO
```

***

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

___ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT THE ABOVE ADDRESS. DATE_____ INITIALS_____

_X_ 3 SERVICE ON: CORPORATION _X_ COMPANY___ BUSINESS___ PARTNERSHIP___ BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT, AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

(B) JOHN E. ZARUBA, SHERIFF, BY: *Robert Whitrock #443*, DEPUTY

1 SEX _F_ M/F  RACE _WI_  AGE _36_  HT _5'6"_  WT _130_
2 WRIT SERVED ON _PATTIE HEAPHY_  RELATION _AGT_

THIS _8TH_ DAY OF _AUGUST_, 2008  TIME _12:30_ AM (PM)

ADDITIONAL
COMMENTS  _____

***

ATTEMPTED SERVICES:      DATE      TIME    AM/PM   DEPUTY#

THE NAMED DEFENDANT WAS NOT SERVED.
          REASON NOT SERVED:

___ 01 MOVED              ___ 06 NO SUCH ADDRESS
___ 02 NO CONTACT         ___ 07 EMPLOYER REFUSAL
___ 03 AVOIDING:          ___ 08 RETURNED BY ATTY
       SEE COMMENTS       ___ 09 DECEASED
___ 04 NOT LISTED         ___ 10 NO LONGER EMPLOYED
___ 05 WRONG ADDRESS      ___ 11 OTHER: SEE
                                 COMMENTS ABOVE

AMOUNT RECEIVED  45.00  CK

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

REBECCA HOCKEMEYER

V.

RABSA, INC. d/b/a AL'S #1 ITALIAN BEEF
and ANTHONY DEGEATANO, Individually

CASE NUMBER: 08CV4377

JUDGE ZAGEL

ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW

DESIGNATED MAGISTRATE JUDGE: RCC

TO: (Name and address of Defendant)

RABSA, INC. d/b/a AL'S #1 ITALIAN BEEF
c/o Registered Agent:
JOHN L. ZAVISLAK
1 S 280 Summit Court, # C-2
Oak Brook Terrace, Illinois 60181

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHAN ZOURAS, LLP
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**August 1, 2008**
_____
Date