```
TYPE LAW           SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS           DISTRICT 178

SHERIFF'S NUMBER 107464-001D  CASE NUMBER 08CV4377     DEPUTY: _Nichols 10168_

FILED DT 08-01-2008 RECEIVED DT 08-04-2008 DIE DT 08-19-2008 MULTIPLE SERVICE   1
    DEFENDANT                                    ATTORNEY
DEGEATANO, ANTHONY                               STEPHAN ZOURAS
6308   WOLF RD                                   205 N. MICHIGAN AVE.
INDIANHEAD PARK IL. 60525                        CHICAGO IL. 60601

PLAINTIFF HOCKEMEYER, REBECCA

SERVICE INFORMATION: KL
```

**FOREIGN**

```
************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

..X..1  PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
.....2  SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
        AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
        RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
        THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
        _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
        PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
        SAID PARTY REFUSED NAME _____
.....3  SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4  CERTIFIED MAIL____

(B)  THOMAS J. DART, SHERIFF, BY:  _Nichols 10168_, DEPUTY

     1  SEX _M_ M/F   RACE _W_   AGE _37_
     2  NAME OF DEFENDANT DEGEATANO, ANTHONY
        WRIT SERVED ON _Anthony De Geatano_
        THIS _18_ DAY OF _Aug_, 20_08_ TIME _10:10_ A.M. P.M.

ADDITIONAL REMARKS _____

************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG  _House_                       ATTEMPTED SERVICES
NEIGHBORS NAME _____             DATE        TIME  A.M./P.M.
     ADDRESS  _____               ____        __:__
                                             ____        __:__
            REASON NOT SERVED:
                         07 EMPLOYER REFUSAL
___ 01 MOVED            ___ 08 RETURNED BY ATTY
___ 02 NO CONTACT       ___ 09 DECEASED
___ 03 EMPTY LOT        ___ 10 BLDG DEMOLISHED
___ 04 NOT LISTED       ___ 11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS    ___ 12 OTHER REASONS
___ 06 NO SUCH ADDRESS  ___ 13 OUT OF COUNTY

FEE   .00   MILEAGE   .00    TOTAL   .00                            SG17
```





AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FOREIGN**

## SUMMONS IN A CIVIL CASE

REBECCA HOCKEMEYER

V.

RABSA, INC. d/b/a AL'S #1 ITALIAN BEEF
and ANTHONY DEGEATANO, Individually

CASE NUMBER: 08CV4377

JUDGE ZAGEL
ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

```
00011377.1.1 08/04/08 14:49
RCC     1 FOREIGN WRIT        50.00
        1 MILEAGE             10.00
        REF SHERIFF # 107464
        CASE TOTAL            60.00 *
              TOTAL           60.00 TL
        CHECK I               60.00
        CASHIER: GINNY
```

TO: (Name and address of Defendant)

ANTHONY DEGEATANO
6308 Wolf Road
Indian Head Park, Illinois 60525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHAN ZOURAS, LLP
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



August 1, 2008
_____
Date